## Toni Gonzales

**From:** Andrew J. Sarne
**Sent:** Saturday, November 2, 2024 2:16 PM
**To:** Courtney Burton
**Subject:** FW: CONFIRMATION: DEMAND SUBMISSION

**ANDREW J. SARNE**
SR. DIRECTOR

# KRCL

**Kane Russell Coleman Logan PC**
5151 San Felipe Street | Suite 800 | Houston, Texas 77056
Tel  713.425.7405
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** noreply@jamsaccess.com <noreply@jamsaccess.com>
**Sent:** Friday, November 1, 2024 5:35 PM
**To:** Andrew J. Sarne <asarne@krcl.com>
**Subject:** CONFIRMATION: DEMAND SUBMISSION



## CONFIRMATION: DEMAND SUBMISSION

Your demand for arbitration was received. The reference number for this matter is **#5300000699 . Please note that this demand, including any/all attachments, must be served on all parties. Once you have served the demand, a copy of the proof of service must be provided to JAMS. Click here to upload the proof of service to JAMS Access.**

Below you will have access to the full submitted information as well as **all uploaded documents.**

1

945146

LOGIN TO SEE CASE SUBMISSION
LOGIN TO SEE CASE SUBMISSION

## Submission Information

Andrew Sarne
5151 San Felipe, Suite 800
Houston
TX
77056
713-425-7400
asarne@krcl.com

---

**JAMS Resolution Center**

Houston, Texas

**Requested Hearing Location**

**Arbitration Rules**

JAMS Comprehensive Arbitration Rules and Procedures

**Filling & Submission Fees Details:**

Three or more parties: $3,500.

Filing & submission fees *

---

| Claimants | Claimant Representative(s) |
|---|---|
| | **A.** Andrew Sarne<br>Kane Russell Coleman Logan PC<br>00797380TX<br>5151 San Felipe, Suite 800<br>Houston<br>TX<br>77056 |
| **1.** Case Strategies Group, LLC<br>TX | 713-425-7400<br>asarne@krcl.com |

---

2

| Respondent(s) | Respondent Representative(s) |
|---|---|
| **1.** Hagans PC f/k/a Hagans, Montgomery, Rustay P.C. | |
| **2.** Barton Law Group | |
| **3.** Reich and Binstock LLP | |
| **4.** Lotz Law Firm PLLC f/k/a Fulkerson Lotz LLP | |
| **5.** Doyle Dennis LLP | |
| **6.** Ethan Glen Community Association, Inc. c/o registered agent, KRJ Association, 1800 Augusta Houston TX 77057 | |

---

## Nature of Dispute

**Claims and Relief Sought by Claimant**

**Amount in Controversy (U.S. dollars)**  1039.597

**Related Documents**

**Arbitration**

**Demand Exhibta**  Claims/Responses/Counterclaims

**A-E.pdf**

---

## Agreement

Section 13.9 of the Agreement, included as Exhibit A to the Arbitration Demand.

N

**By checking the box to the left, Claimant requests that the Expedited Procedures described in JAMS Comprehensive Rules 16.1 and 16.2**

3

be applied in this matter. Respondent shall indicate not later than seven (7) days from the date this Demand is served whether it agrees to the Expedited Procedures.

**Related Documents**

**Exhibit A.pdf**                                                                     Exhibits

---

## Consumer & Employment

This is NOT a **CONSUMER** ARBITRATION

Please do not reply directly to this email as you will not receive a response. For assistance, please visit our Contact Us center at access.jamsadr.com/support or call your Case Manager