IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CASE STRATEGIES GROUP, LLC, | § § § | |
| | § | CIVIL ACTION NO. 4:24-cv-05031 |
| *Realigned Plaintiff,* | § § | |
| | § | |
| v. | § | |
| | § | |
| DOYLE DENNIS AVERY LLP f/k/a DOYLE DENNIS LLP AND THE ETHAN'S GLEN COMMUNITY ASSOCIATION, INC. | § § § § § § | |
| *Realigned Defendants.* | § | |

**REALIGNED DEFENDANTS' ORIGINAL ANSWER TO REALIGNED PLAINTIFF CASE STRATEGIES GROUP, LLC'S ORIGINAL COMPLAINT (PURSUANT TO COURT'S ORDER REALIGNING THE PARTIES)**

To the Honorable United States District Court:

Realigned Defendant Doyle Dennis Avery LLP f/k/a Doyle Dennis LLP ("Doyle Dennis Avery" or the "Law Firm") and Realigned Defendant The Ethan's Glen Community Association, Inc. ("Ethan's Glen" or the "HOA")(collectively referred to herein as the "Realigned Defendants"), file this Realigned Defendants' Original Answer to the Realigned Plaintiff Case Strategies Group, LLC's Original Complaint, and would respectfully show the following:

**I.
ORIGINAL ANSWER**

1.    Answering Paragraph 1 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants admit the substance of the allegations.

1

2.     Answering Paragraph 2 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants admit the substance of the allegations.

3.     Answering Paragraph 3 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants admit the substance of the allegations.

4.     Answering Paragraph 4 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants admit the substance of the allegations.

5.     Answering Paragraph 5 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants admit the substance of the allegations.

6.     Answering Paragraph 6 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants admit the substance of the allegations.

7.     Answering Paragraph 7 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants admit the substance of the allegations.

8.     Answering Paragraph 8 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants admit the substance of the allegations.

9.     Answering Paragraph 9 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants admit the substance of the allegations.

10.     Answering Paragraph 10 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants deny the substance of the allegations.

11.     Answering Paragraph 11 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants deny the substance of the allegations.

12. Answering Paragraph 12 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants deny the substance of the allegations.

13. Answering Paragraph 13 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants deny the substance of the allegations.

14. Answering Paragraph 14 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants deny the substance of the allegations.

15. Answering Paragraph 15 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants deny the substance of the allegations.

16. Answering Paragraph 16 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants deny the substance of the allegations.

17. Answering Paragraph 17 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants deny the substance of the allegations.

18. Answering Paragraph 18 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants deny the substance of the allegations.

19. Answering Paragraph 19 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants deny the substance of the allegations.

20. Answering Paragraph 20 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants deny the substance of the allegations.

21. Answering Paragraph 21 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants deny the substance of the allegations.

22.     Answering Paragraph 22 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants deny the substance of the allegations.

23.     Answering Paragraph 23 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants deny the substance of the allegations.

24.     Answering Paragraph 24 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants deny the substance of the allegations.

25.     Answering Paragraph 25 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants deny the substance of the allegations.

26.     Answering Paragraph 26 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants deny the substance of the allegations.

27.     Answering Paragraph 27 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants deny the substance of the allegations.

28.     Answering Paragraph 28 of the Realigned Plaintiff's Original Complaint, upon information and belief, the Realigned Defendants deny the substance of the allegations.

## II.
### AFFIRMATIVE DEFENSES

29.     Pleading further, and in the alternative, the Realigned Defendants never agreed to be bound and never signed either the Original Contract and/or the Amendment to the Original Contract which forms the basis of the Realigned Plaintiff's Original Complaint against the Realigned Defendants.

30.     Pleading further, and in the alternative, the Realigned Defendants assert that the discovery in this case will show that the Realigned Plaintiff failed to mitigate damages as

required under applicable law and, therefore, any such claims or causes of action are barred to that extent.

31. Pleading further, and in the alternative, the Realigned Defendants assert the defense of accord and satisfaction.

32. Pleading further, and in the alternative, the Realigned Defendants assert the defense of novation.

33. Pleading further, and in the alternative, the Realigned Defendants assert the defense of ratification.

34. Pleading further, and in the alternative, the Realigned Defendants assert the defense of fraud.

35. Pleading further, and in the alternative, the Realigned Defendants assert the defense of waiver.

36. Pleading further, and in the alternative, the Realigned Defendants assert the defense of unclean hands.

37. Pleading further, and in the alternative, the Realigned Defendants assert the defense of legal justification or privilege.

38. Pleading further, and in the alternative, the Realigned Defendants assert the defense of failure of consideration.

39. Pleading further, and in the alternative, the Realigned Defendants assert the defenses of Estoppel and Quasi-estoppel.

40.     Pleading further, and in the alternative, the Realigned Defendants assert the affirmative defense of prior material breach by the Realigned Plaintiff.

41.     The Realigned Defendants assert the affirmative defense of ambiguity.

42.     The Realigned Defendants assert the affirmative defense of failure of condition precedent.

43.     The Realigned Defendants assert the affirmative defense of contractual caps and/or limitation on damages as set forth in the Original Contract and/or the Amendment to the Original Contract.

44.     The Realigned Defendants assert the affirmative defense of the statute of limitations.

### III.
### PRAYER

WHEREFORE, the Realigned Defendants pray that the Court enter a take-nothing judgment against the Realigned Plaintiff, and then grant all expenses and court costs, along with all such other and further relief, to which the Realigned Defendants are justly entitled.

Respectfully submitted,

ANDY TAYLOR & ASSOCIATES, P.C.
BY:  /s/ Andy Taylor
Andy Taylor
State Bar No.  19727600
2628 Highway 36S, #288
Brenham, Texas  77833
ataylor@andytaylorlaw.com
713-412-4025

Attorney for the Realigned Defendants Doyle Dennis Avery LLP f/k/a Doyle Dennis LLP and

The Ethan's Glen Community Association, Inc.

**Certificate of Service**

This pleading was served on counsel of record for the Realigned Plaintiff Case Strategies as follows:

KANE RUSSELL COLEMAN LOGAN PC
Andrew J. Sarne
State Bar No. 00797380
asarne@krcl.com
David R. Thrasher
State Bar No. 24027922
dthrasher@krcl.com
Kathryn G. Laflin
State Bar No. 24107368
klaflin@krcl.com
5151 San Felipe Street, Suite 800
Houston, Texas 77056
Telephone: 713.425.7400
Facsimile: 713.425.7700

Signed: /s/Andy Taylor
Andy Taylor