**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CASE STRATEGIES GROUP, LLC | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| DOYLE DENNIS AVERY LLP | § | CIVIL ACTION NO. 4:24-cv-05031 |
| f/k/a DOYLE DENNIS LLP AND | § | |
| THE ETHAN'S GLEN COMMUNITY | § | |
| ASSOCIATION, INC. | § | |
| *Defendants*. | § | |
| | § | |

**SUBMISSION REGARDING CITIZENSHIP OF THE PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE LEE H. ROSENTHAL:

Plaintiff Case Strategies Group, LLC hereby files this Submission Regarding Citizenship of the Parties pursuant to this Court's March 5, 2026 Order, and would respectfully show the Court the following:

1.    Case Strategies Group LLC is a limited liability company formed under the laws of Delaware. For purposes of determining diversity jurisdiction, the citizenship of a limited liability company is determined by the citizenship of each of its members. *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 314 (5th Cir. 2019).

2.    Case Strategies Group LLC has two members. The members of Case Strategies Group LLC are Justice Funds LLC and Steven Pasko.

3.    Steven Pasko is an individual who is a resident of Florida.

4.    Justice Funds LLC is a limited liability company formed under the laws of Delaware. Justice Funds LLC's members are Sienema Ventures LLC and 777 Partners LLC.

1

5.      Sienema Ventures LLC is a limited liability company formed under the laws of Florida. Sienema Ventures LLC has one member. The sole member is Ashley Huffman, who is a resident of Florida. Therefore, Sienema Ventures LLC is a citizen of Florida.

6.      777 Partners LLC is a limited liability company formed under the laws of Delaware. 777 Partners LLC has two members who are citizens of Florida. 777 Partner LLC's members are Steven Pasko and Josh Wanders. Josh Wanders is an individual who is a resident of Florida. As Steven Pasko and Josh Wanders are both residents of Florida, 777 Partners LLC is a citizen of Florida.

7.      As 777 Partners LLC and Sienema Ventures LLC are citizens of Florida, Justice Funds LLC is a citizen of Florida for the purpose of determining diversity jurisdiction.

8.      In conclusion, as all the members of Case Strategies Group LLC are residents of Florida, Case Strategies Group LLC is a citizen of Florida for the purposes of determining diversity jurisdiction.

9.      Upon information and belief Doyle Dennis Avery LLP is a limited liability partnership that has offices in the state of Texas and state of Arizona. Doyle Dennis Avery LLP has three partners: Michael P. Doyle, Patrick M. Dennis, and Jeff Avery.

10.      Upon information and belief Michael P. Doyle is an individual who is a resident of Texas.

11.      Upon information and belief Patrick Dennis is an individual who is a resident of Texas.

12.      Upon information and belief Jeff Avery is an individual who is a resident of Texas.

13.      As Doyle Dennis Avery LLP's partners are residents of Texas, Doyle Dennis Avery LLP is a citizen of Texas for purposes of determining diversity jurisdiction.

11896438 v1 (75229.00002.000)

Respectfully submitted,

By: */s/ Andrew J. Sarne*
    Andrew J. Sarne, Attorney in Charge
    State Bar No. 00797380
    Federal I.D. 20437
    ASARNE@KRCL.COM
    5151 San Felipe, Suite 800
    Houston, Texas 77056
    Telephone: 713.425.7400
    Facsimile: 713.425.7700

    **ATTORNEYS FOR PLAINTIFF CASE STRATEGIES GROUP, LLC**

**Of Counsel:**

David R. Thrasher
State Bar No. 24027922
Federal I.D. 27205
DTHRASHER@KRCL.COM
KATHRYN G. LAFLIN
State Bar No. 24107368
Federal I.D. 3541535
KLAFLIN@KRCL.COM
5151 San Felipe, Suite 800
Houston, Texas 77056
Telephone: 713.425.7400
Facsimile:  713.425.7700

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been sent to all known counsel by email, first class mail, telecopy, hand delivery and/or certified mail, return receipt requested on this the 13th day of March, 2026.

    */s/ Andrew J. Sarne*
    Andrew J. Sarne

3