United States District Court
Southern District of Texas
ENTERED
August 27, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CASE STRATEGIES GROUP, LLC, | § | |
| | § | |
| Realigned Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-24-5031 |
| | § | |
| DOYLE DENNIS AVERY LLP f/k/a DOYLE DENNIS LLP AND THE ETHAN'S GLEN COMMUNITY ASSOCIATION, INC., | § | |
| | § | |
| Realigned Defendants. | § | |

**MEMORANDUM OPINION AND ORDER**

Doyle Dennis Avery LLP and The Ethan's Glen Community Association, Inc. moved for summary judgment on Case Strategies Group, LLC's implied contract claims. (Docket Entry No. 35). Case Strategies Group moved for partial summary judgment. (Docket Entry No. 36). The court ordered supplemental briefing on whether the services for which Case Strategies Group seeks payment were performed under a contract with a third party. (Docket Entry No. 47). The court also held a hearing at which the parties argued the pending cross-motions for summary judgment. (Docket Entry No. 55).

After oral argument, the court ordered Case Strategies Group to "submit competent evidence of services it provided solely to Doyle Dennis under an agreement between Case Strategies Group and Doyle Dennis." (Docket Entry No. 56 at 1, 6). In its supplemental reply, Case Strategies Group states that "[a]ll of the work in the invoice at issue in this matter was done for the benefit of Ethan's Glen," (Docket Entry No. 57 ¶ 4), and that "[t]he work that was done after the designation of experts in the insurance brokerage claim would be the Review and Trial

Preparation, for a total of $1237.50 as noted on the subject invoice." (*Id.* ¶ 5 (citing Docket Entry No. 37-1 at 170 (noting the "[r]eview for trial performed by Henry Sienema"))).

Doyle Dennis has a different take on the $1,237.50 invoice, contending that there was no benefit conferred from the work invoiced because "Henry Sienema did[] not do the job that he was asked to do." (Docket Entry No. 55 (Motion Hr'g Tr. 8:6–18)). Doyle Dennis argues that it "wanted an insurance-to-value report, and [Sienema] never did it[,]" and that "[w]e still to this day never got it." *Id.* In short, there is a genuine factual dispute that is material to determining whether $1,237.50 is owed.

Aside from describing the disputed $1,237.50 invoice, Case Strategies Group's supplemental briefing is not adequately responsive to the court's show-cause order requiring "competent evidence of services [Case Strategies Group] provided solely to Doyle Dennis under an agreement between Case Strategies Group and Doyle Dennis." (*Compare* Docket Entry No. 56, *with* Docket Entry No. 57). Instead, Case Strategies Group reiterates arguments similar to those previously presented, which were the impetus for the show-cause order. (*See* Docket Entry Nos. 56, 57). For example, Case Strategies Group previously argued that "[t]he Defendants [(Doyle Dennis)] clearly benefited from [Case Strategies Group]'s Work Product, goods, and/or services, [*sic*] therefore, CSG requests that this Court . . . declare that the Defendants used CSG's goods and/or services to their benefit." (*Compare* Docket Entry No. 36, *with* Docket Entry No. 57 ¶ 4). In other words, Case Strategies Group has not submitted sufficient competent evidence to address the court's concerns and convince the court that Case Strategies Group, rather than Doyle Dennis, is entitled to partial summary judgment. (*See* Docket Entry No. 56).

Based on the pleadings, the motions, the record, the applicable law, and the reasons stated in the court's show-cause order, (Docket Entry No. 56), the court grants Doyle Dennis Avery

LLP's summary-judgment motion in large part, excluding the disputed $1,237.50 invoice. (Docket Entry No. 35). The court denies Case Strategies Group, LLC's motion for partial summary judgment in large part, except for the disputed $1,237.50 invoice. (Docket Entry No. 36). The docket call is cancelled. The court will hold a status conference on Monday, August 31, 2026, at 2:00 PM CDT by Zoom, to discuss how to resolve the remaining disputes about the $1,237.50 invoice and bring this case to a conclusion.

SIGNED on August 27, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge